APPEAL No. 256. THOMAS LE BLANC AND DORIS LE BLANC, *et al. v.* STANLYE BALON D/B/A BLACKSTONE CATERING Co. Second motion for leave to file petition for reargument denied.

(ORDER denying original motion entered June 11, 1968.) William R. Goldberg, Moses Kando, Ronald R. Gagnon, for petitioners-appellants. Worrell and Hodge, Eldridge H. Henning, Jr., of counsel, for respondent-appellee.